UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 19-10129-DMG (MAAx)** | Date | January 28, 2020 |
| Title | *Brian Whitaker v. Jaber Original Holdings III, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings: IN CHAMBERS – ORDER TO SHOW CAUSE AND NOTICE TO ALL PARTIES**

On December 26, 2019, the Court set a Scheduling Conference. [Doc. # 18.] As required by the Court's December 26, 2019 Order, Fed. R. Civ. P. 26(f), and Local Rule 26-1, counsel are required to file a Joint Rule 26(f) Report. To date, a Joint Rule 26(f) Report has not been filed.

IT IS HEREBY ORDERED that Plantiff show cause in writing no later than **February 4, 2020**, why sanctions should not be imposed for their failure to cooperate and participate with opposing counsel in a Rule 26(f) conference and for failure to file a **Joint** Rule 26(f) Report. The filing of a Joint Rule 26(f) Report by the deadline will be deemed a satisfactory response. **Failure to timely respond to this Order to Show Cause will result in the dismissal of this action for lack of prosecution.**

The scheduling conference on February 7, 2020 is hereby VACATED and will be rescheduled if necessary.

IT IS SO ORDERED.