1

CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

COLLINS & KHAN LLP
MARC A. COLLINS (SBN 136769)
AZIM KHANMOHAMED (SBN 277717)
R. MICHAEL COLLUM, of Counsel (SBN 145105)
3435 Wilshire Blvd., Ste. 2600
Los Angeles, CA 90010-2246
Telephone: 323 .549.0700
Facsimile: 323.549.0707
Attorney for Defendants
Jaber Original Holdings III, LLC and Trang My Pham

2

3

4

5

6

7

8

9

10

11

12

13

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA

16

BRIAN WHITAKER,

Plaintiff,

v.

JABER ORIGINAL HOLDINGS III, LLC, a
California Limited Liability Company;
TRANG MY PHAM; and Does 1-10,

Defendants.

17

18

19

20

21

22

Case No.: 2:19-cv-10129-DMG-MAA

**JOINT STIPULATION FOR
DISMISSAL PURSUANT TO
F.R.C.P. 41 (a)(1)(A)(ii)**

23

24

25

26

27

28

1  Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the
2  parties hereto that this action may be dismissed with prejudice as to all parties; each
3  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
4  matter has been resolved to the satisfaction of all parties.

5

6  Dated: July 24, 2020            CENTER FOR DISABILITY ACCESS

7

8                                 By: /s/ Amanda Seabock
                                       Amanda Seabock
9                                      Attorneys for Plaintiff

10

11

12 Dated: July 24, 2020            COLLINS & KHAN LLP

13

14                                 By:  /s/ Marc A. Collins
                                       Marc A. Collins
15                                     Attorney for Defendants
                                       Jaber Original Holdings III, LLC and Trang My
16                                     Pham

17

18

19

20

21

22

23

24

25

26

27

28

1

2

**SIGNATURE CERTIFICATION**

3  I hereby certify that the content of this document is acceptable to Marc A. Collins,

4  counsel for Jaber Original Holdings III, LLC and Trang My Pham, and that I have

5  obtained authorization to affix his electronic signature to this document.

6

7  Dated: July 24, 2020               CENTER FOR DISABILITY ACCESS

8                                     By: /s/ Amanda Seabock

9                                         Amanda Seabock
                                           Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28